**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. WORK, | Case No. 1:14-cv-01582-SMS |
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | (Doc. 2) |
| Defendant. | |

By motion filed October 8, 2014, Plaintiff John L. Work, by his attorneys Newel Law, seeks to proceed *in forma pauperis*. Plaintiff submitted an incomplete application (*see* Question 2.b.) that provides the Court with no understanding of his financial situation other than that he is presently unemployed. In addition, the Court is perplexed by Plaintiff's disclosure that three people are financially dependent on him but that he provides nothing toward their support. If Plaintiff and his dependents are homeless and without funds, his sworn statement to that effect will be sufficient. If Plaintiff and one or more of his dependents receive support from other sources, that information should be disclosed.

Accordingly, the Court DENIES Plaintiffs' motion to proceed *in forma pauperis*. Plaintiff shall either submit an amended and complete application to proceed *in forma pauperis* or pay the filing fee to the Clerk of Court within thirty (30) days of this order. In the event that Plaintiff does

1

not pay the filing fee or submit an amended application, the Court shall dismiss this case for lack of prosecution without further notice.

IT IS SO ORDERED.

    Dated: **October 9, 2014**　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE